Daniel M. Shanley (SBN 169182)
dshanley@deconsel.com
Judy Kang (SBN 327137)
jkang@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone:   (213) 488-4100
Facsimile:   (213) 488-4180

Charles Davant IV (*pro hac vice*)
cdavant@wc.com
Williams & Connolly LLP
725 Twelfth Street, N.W.,
Washington, D.C. 20005
Telephone: (202) 434-5695
Facsimile: (202) 434-5029

*Attorneys for Plaintiffs and Counterclaim Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CONYERS and DANIEL LANGFORD, trustees and/or participants of the CARPENTERS SOUTHWEST TRUSTS<br><br>Plaintiffs,<br><br>vs.<br><br>MARISA CANO, an individual; and SANDRA MALONEY, an individual<br><br>Defendants. | Case No. 2:20-cv03146 JFW (PLAx)<br>Hon. John F. Walter<br>Courtroom 7A<br>Complaint Filed: April 3, 2020<br><br>**DISCOVERY MOTION**<br><br>**[PROPOSED] ORDER RE MALONEY'S MOTION TO QUASH SUBPOENA** |

SANDRA MALONEY, an individual, )
)
       Counterclaim Plaintiff, )
)
  vs. )
)
CARPENTERS SOUTHWEST )
ADMINISTRATIVE )
CORPORATION, a California )
Corporation; CURTIS CONYERS and )
DANIEL LANGFORD, trustees )
and/or participants of the )
CARPENTERS SOUTHWEST )
TRUSTS; BOARD OF TRUSTEES )
FOR THE CARPENTERS )
SOUTHWEST TRUSTS: DOUGLAS )
MCCARRON, an Individual; )
)
       Counterclaim )
Defendants. )
)

[Proposed] Order re: Motion to Quash Subpoena    Case No. 2:20-cv-03146-JFW (PLAx)

Upon review of Counterclaim Plaintiff's motion to quash Counterclaim Defendants' subpoena of Mr. Deyo's records, and Counter-Defendants' opposition, and the evidence submitted thereto, and for good cause shown, it is ORDERED:

1. Counterclaim Plaintiff's motion to quash is denied.
2. Mr. Deyo is ordered to produce the subpoenaed records.

DATED:_____                    _____

Hon. Paul L. Abrams